# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES FILLIP MOATES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 03-678-BH-B |
| | ) | |
| JIM COOKE, ET AL. | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**.

**DONE** this 28th day of July, 2005.

                                                                                            s/ W. B. Hand
                                                                  SENIOR DISTRICT JUDGE