# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES FILLIP MOATES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No.: 03-678-BH-B |
| ) | |
| JIM COOKE, ET AL. ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This matter is before the Court on Petitioner's Amendment (Doc. 58) to his Objection (Doc. 54) to the Magistrate Judge's Report and Recommendations. This Court has already Adopted (Doc. 56) the Report and Recommendations and entered Judgment (Doc. 57) against the Petitioner in this matter. Therefore, the Court finds that Petitioner's Amendment is to be examined as a Motion to Reconsider. The Court has reviewed Petitioner's Motion to Reconsider and is unpersuaded that the Order (Doc. 56) adopting the Report and Recommendations is incorrect. Petitioner's Motion (Doc. 58) to Reconsider is **hereby DENIED**.

**So ORDERED**, this 3rd day of August, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE